# EXHIBIT D



## State Licensing Laws for Mortgage Lending, Consumer Lending, and Money Transmission (as of September 2018)

| State | Mortgage Lending | Consumer Lending | Money Transmission |
|---|---|---|---|
| *Alabama* | Ala. Code §§ 5-26-1 et seq. (LexisNexis 2018) | Ala. Code §§ 5-19-1 et seq. (LexisNexis 2018) | Ala. Code §§ 8-7A-1 et seq. (LexisNexis 2018) |
| *Alaska* | Alaska Stat. §§ 06.60.010 et. seq. (2018) | Alaska Stat. §§ 06.20.010 et. seq. (2018) | Alaska Stat. §§ 06.55.101 et. seq. (2018) |
| *Arizona* | Ariz. Rev. Stat. §§ 6-941 et. seq., 6-991 et. seq. (LexisNexis 2018) | Ariz. Rev. Stat. §§ 6-601 et. seq. (LexisNexis 2018) | Ariz. Rev. Stat. §§ 6-1201 et. seq. (LexisNexis 2018) |
| *Arkansas* | Ark. Code Ann. §§ 23-39-501 et seq. (2018) | Not Applicable | Ark. Code Ann. §§ 23-55-101 et seq. (2018) |
| *California* | Cal. Fin. Code §§ 50001 et. seq. (Deering 2018) | Cal. Fin. Code §§ 22100 et. seq. (Deering 2018) | Cal. Fin. Code §§ 2000 et. seq. (Deering 2018) |
| *Colorado* | Colo. Rev. Stat. §§ 12-61-901 et. seq. (2018) | Colo. Rev. Stat. §§ 5-2-301 et. seq. (2018) | Colo. Rev. Stat. §§ 11-110-101 et. seq. (2018) |
| *Connecticut* | Conn. Gen. Stat. §§ 36a-485 et. seq. (2018) | Conn. Gen. Stat. §§ 36a-555 et. seq. (2018) | Conn. Gen. Stat. §§ 36a-595 et. seq. (2018) |
| *Delaware* | Del. Code Ann. tit. 5, §§ 2201 et. seq., 2401 et. seq. (2018) | Del. Code Ann. tit. 5, §§ 2201 et. seq. (2018) | Del. Code Ann. tit. 5, §§ 2301 et. seq. (2018) |
| *Florida* | Fla. Stat. Ann. §§ 494.001 et. seq. (LexisNexis 2018) | Fla. Stat. Ann. §§ 516.001 et. seq. (LexisNexis 2018) | Fla. Stat. Ann. §§ 560.001 et. seq. (LexisNexis 2018) |
| *Georgia* | Ga. Code Ann. §§ 7-1-1000 et. seq. (2018) | Ga. Code Ann. §§ 7-3-1 et. seq. (2018) | Ga. Code Ann. §§ 7-1-680 et. seq. (2018) |
| *Hawaii* | Haw. Rev. Stat. §§ 454F-1 et. seq. (LexisNexis 2018) | Haw. Rev. Stat. §§ 412:9-100 et. seq. (LexisNexis 2018) | Haw. Rev. Stat. §§ 489D--1 et. seq. (LexisNexis 2018) |
| *Idaho* | Idaho Code Ann. §§ 26-31-101 et. seq. (2018) | Idaho Code Ann. §§ 28-46-301 et. seq. (2018) | Idaho Code Ann. §§ 26-2901 et. seq. (2018) |
| *Illinois* | 205 Ill. Comp. Stat. Ann. 635/1-1 et. seq. (LexisNexis 2018) | 205 Ill. Comp. Stat. Ann. 670/1 et. seq. (LexisNexis 2018) | 205 Ill. Comp. Stat. Ann. 657/1 et. seq. (LexisNexis 2018) |
| *Indiana* | Ind. Code Ann. §§ 24-4.4-1-101 et. seq. (LexisNexis 2018) | Ind. Code Ann. §§ 24-4.5-3-501 et. seq. (LexisNexis 2018) | Ind. Code Ann. §§ 28-8-4-1 et. seq. (LexisNexis 2018) |
| *Iowa* | Iowa Code §§ 535B.1 et. seq., 535D.1 et. seq. (2018) | Iowa Code §§ 537.2301 et. seq. (2018) | Iowa Code §§ 533C.101 et. seq. (2018) |
| *Kansas* | Kan. Stat. Ann. §§ 9-2201 et. seq. (2018) | Kan. Stat. Ann. §§ 16a-2-301 et. seq. (2018) | Kan. Stat. Ann. §§ 9-508 et. seq. (2018) |
| *Kentucky* | Ky. Rev. Stat. Ann. §§ 286.8-010 et. seq. (LexisNexis 2018) | Ky. Rev. Stat. Ann. §§ 286.4-410 et. seq. (LexisNexis 2018) | Ky. Rev. Stat. Ann. §§ 286.11-001 et. seq. (LexisNexis 2018) |
| *Louisiana* | La. Rev. Stat. Ann. §§ 6:1081 et. seq. (2018) | La. Rev. Stat. Ann. §§ 9:3557 et. seq. (2018) | La. Rev. Stat. Ann. §§ 6:1031 et. seq. (2018) |
| *Maine* | Me. Rev. Stat. tit. 9-A, §§ 1-301 et. seq., 13-101 et. seq. (2018) | Me. Rev. Stat. tit. 9-A, §§ 2-301 et. seq. (2018) | Me. Rev. Stat. tit. 32, §§ 6101 et. seq. (2018) |



| State | Mortgage Lending | Consumer Lending | Money Transmission |
|---|---|---|---|
| **Maryland** | Md. Code Ann., Fin. Inst. §§ 11-501 et. seq., 11-601 et. seq. (LexisNexis 2018) | Md. Code Ann., Fin. Inst. §§ 11-201 et. seq. (LexisNexis 2018) | Md. Code Ann., Fin. Inst. §§ 12-401 et. seq. (LexisNexis 2018) |
| **Massachusetts** | Mass. Ann. Laws ch. 255E, §§ 1 et seq., ch. 255F, §§ 1 et. seq. (LexisNexis 2018) | Mass. Ann. Laws ch. 140, §§ 96 et. seq. (LexisNexis 2018) | Mass. Ann. Laws ch. 167F, § 4, ch. 169, §§ 1 et. seq. (LexisNexis 2018) |
| **Michigan** | Mich. Comp. Laws Serv. §§ 445.1651 et seq., 493.131 et. seq. (LexisNexis 2018) | Mich. Comp. Laws Serv. §§ 493.1 et. seq. (LexisNexis 2018) | Mich. Comp. Laws Serv. §§ 487.1001 et. seq. (LexisNexis 2018) |
| **Minnesota** | Minn. Stat. §§ 58.01 et. seq., 58A.01 et. seq. (2018) | Minn. Stat. §§ 56.0001 et. seq. (2018) | Minn. Stat. §§ 53B.01 et. seq. (2018) |
| **Mississippi** | Miss. Code Ann. §§ 81-18-1 et. seq. (2018) | Miss. Code Ann. §§ 75-67-101 et. seq. (2018) | Miss. Code Ann. §§ 75-15-1 et. seq. (2018) |
| **Missouri** | Mo. Rev. Stat. §§ 443.701 et. seq. (2018) | Mo. Rev. Stat. §§ 367.100 et. seq. (2018) | Mo. Rev. Stat. §§ 361.700 et. seq. (2018) |
| **Montana** | Mont. Code Ann. §§ 32-9-101 et. seq. (2018) | Mont. Code Ann. §§ 32-5-101 et. seq. (2018) | Not Applicable |
| **Nebraska** | Neb. Rev. Stat. Ann. §§ 45-701 et. seq. (LexisNexis 2018) | Neb. Rev. Stat. Ann. §§ 45-1001 et. seq. (LexisNexis 2018) | Neb. Rev. Stat. Ann. §§ 8-2701 et. seq. (LexisNexis 2018) |
| **Nevada** | Nev. Rev. Stat. Ann. §§ 645E.010 et. seq. (Lexis-Nexis 2018) | Nev. Rev. Stat. Ann. §§ 675.010 et. seq. (Lexis-Nexis 2018) | Nev. Rev. Stat. Ann. §§ 671.010 et. seq. (Lexis-Nexis 2018) |
| **New Hampshire** | N.H. Rev. Stat. Ann. §§ 397-A:1 et. seq. (LexisNexis 2018) | N.H. Rev. Stat. Ann. §§ 399-A:1 et. seq. (LexisNexis 2018) | N.H. Rev. Stat. Ann. §§ 399-G:1 et. seq. (LexisNexis 2018) |
| **New Jersey** | N.J. Rev. Stat. §§ 17:11C-51 et. seq. (2018) | N.J. Rev. Stat. §§ 17:11C-1 et. seq. (2018) | N.J. Rev. Stat. §§ 17:15C-1 et. seq. (2018) |
| **New Mexico** | N.M. Stat. Ann. §§ 58-21-1 et. seq., 58-21B-1 et. seq. (LexisNexis 2018) | N.M. Stat. Ann. §§ 58-15-1 et. seq. (LexisNexis 2018) | N.M. Stat. Ann. §§ 58-32-101 et. seq. (LexisNexis 2018) |
| **New York** | N.Y. Banking Law §§ 589 et. seq., 599-a et. seq. (Consol. 2018) | N.Y. Banking Law §§ 340 et. seq. (Consol. 2018) | N.Y. Banking Law §§ 640 et. seq. (Consol. 2018) |
| **North Carolina** | N.C. Gen. Stat. §§ 53-244.010 et. seq. (2018) | N.C. Gen. Stat. §§ 53-164 et. seq. (2018) | N.C. Gen. Stat. §§ 53-208.41 et. seq. (2018) |
| **North Dakota** | N.D. Cent. Code §§ 13-04.1-01 et. seq., 13-10-01 et. seq. (2018) | N.D. Cent. Code §§ 13-04.1-01 et. seq. (2018) | N.D. Cent. Code §§ 13-09-01 et. seq. (2018) |
| **Ohio** | Ohio Rev. Code Ann. §§ 1322.01 et. seq. (LexisNexis 2018) | Ohio Rev. Code Ann. §§ 1321.01 et. seq. (LexisNexis 2018) | Ohio Rev. Code Ann. §§ 1315.01 et. seq. (LexisNexis 2018) |
| **Oklahoma** | Okla. Stat. Ann., tit. 59, §§ 2095.1 et. seq. (LexisNexis 2018) | Okla. Stat. Ann., tit. 14A, §§ 3-501 et. seq. (LexisNexis 2018) | Okla. Stat. Ann., tit. 6, §§ 2101 et. seq. (LexisNexis 2018) |
| **Oregon** | Or. Rev. Stat. §§ 86A.095 et. seq. (2018) | Or. Rev. Stat. §§ 725.045 et. seq. (2018) | Or. Rev. Stat. §§ 717.200 et. seq. (2018) |
| **Pennsylvania** | 7 Pa. Cons. Stat. §§ 6101 et. seq. (2018) | 7 Pa. Stat. Ann. §§ 6201 et. seq. (2018) | 7 Pa. Stat. Ann. §§ 6101 et. seq. (2018) |



| State | Mortgage Lending | Consumer Lending | Money Transmission |
|---|---|---|---|
| *Rhode Island* | R.I. Gen. Laws §§ 19-14-1 et. seq., 19-14.10-1 et. seq. (2018) | R.I. Gen. Laws §§ 19-14-1 et. seq. (2018) | R.I. Gen. Laws §§ 19-14-1 et. seq., 19-14.3-1 et. seq. (2018) |
| *South Carolina* | S.C. Code Ann. §§ 37-22-110 et. seq. (2018) | S.C. Code Ann. §§ 34-29-10 et. seq. (2018) | S.C. Code Ann. §§ 35-11-100 et. seq. (2018) |
| *South Dakota* | S.D. Codified Laws §§ 54-4-1 et. seq. (2018) | S.D. Codified Laws §§ 54-4-1 et. seq. (2018) | S.D. Codified Laws §§ 51A-17-1 et. seq. (2018) |
| *Tennessee* | Tenn. Code Ann. §§ 45-13-101 et. seq. (2018) | Tenn. Code Ann. §§ 45-12-101 et. seq. (2018) | Tenn. Code Ann. §§ 45-7-201 et. seq. (2018) |
| *Texas* | Tex. Fin. Code Ann. §§ 157.001 et. seq. (2018) | Tex. Fin. Code Ann. §§ 342.051 et. seq. (2018) | Tex. Fin. Code Ann. §§ 151.001 et. seq. (2018) |
| *Utah* | Utah Code Ann. §§ 70D-2-101 et. seq., 70D-3-101 et. seq. (LexisNexis 2018) | Utah Code Ann. §§ 70C-8-201 et. seq. (LexisNexis 2018) | Utah Code Ann. §§ 7-25-101 et. seq. (LexisNexis 2018) |
| *Vermont* | Vt. Stat. Ann., tit. 8, §§ 2200 et. seq. (2018) | Vt. Stat. Ann., tit. 8, §§ 2200 et. seq. (2018) | Vt. Stat. Ann., tit. 8, §§ 2500 et. seq. (2018) |
| *Virginia* | Va. Code Ann. §§ 6.2-1600 et. seq., 6.2-1700 et. seq. (2018) | Va. Code Ann. §§ 6.2-1500 et. seq. (2018) | Va. Code Ann. §§ 6.2-1900 et. seq. (2018) |
| *Washington* | Wash. Rev. Code Ann. §§ 31.04.015 et. seq. (LexisNexis 2018) | Wash. Rev. Code Ann. §§ 31.04.015 et. seq. (LexisNexis 2018) | Wash. Rev. Code Ann. §§ 19.230.005 et. seq. (LexisNexis 2018) |
| *West Virginia* | W. Va. Code Ann. §§ 31-17-1 et. seq., 31-17A-1 et. seq. (LexisNexis 2018) | W. Va. Code Ann. §§ 46A-4-101 et. seq. (LexisNexis 2018) | W. Va. Code Ann. §§ 32A-2-1 et. seq. (LexisNexis 2018) |
| *Wisconsin* | Wis. Stat. §§ 224.71 et. seq. (2018) | Wis. Stat. §§ 138.01 et. seq. (2018) | Wis. Stat. §§ 217.01 et. seq. (2018) |
| *Wyoming* | Wyo. Stat. Ann. §§ 40-23-101 et. seq. (2018) | Wyo. Stat. Ann. §§ 40-14-341 et. seq. (2018) | Wyo. Stat. Ann. §§ 40-22-101 et. seq. (2018) |