# EXHIBIT J

# POLITICO

## POLITICO PRO

**MY SHORTCUTS:**

### FINANCIAL SERVICES

CALENDAR  DATAPOINT  DIRECTORY  DOCUMENTS  LEGISLATION

## FINANCIAL SERVICES WHITEBOARD

### Otting sees OCC ready for fintech decisions by mid-2019

By **ZACHARY WARMBRODT**

Comptroller of the Currency Joseph Otting today said his agency would be able to approve or deny charters for fintech companies by the middle of next year.

Speaking at an event in Washington, the top banking regulator said there were "a number of highly interested institutions" and that he expects a couple to file for Office of the Comptroller of the Currency charters by the end of this year.

"They're meeting regularly with our people," he said. "I would guess by mid-2019 we'll be in a position to approve or decline a charter."

In addition, Otting said the target for issuing rules stemming from this year's bank deregulation law is the third quarter of next year.

**Oct 17, 2018** 3:21 PM EDT

Terms of Service

Privacy Policy

About Us

Corrections

Support

© 2018 POLITICO LLC