# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONFERENCE OF STATE BANK SUPERVISORS, <br><br> Plaintiff, <br><br> v. <br><br> OFFICE OF THE COMPTROLLER OF THE CURRENCY, <br><br> and <br><br> JOSEPH M. OTTING, COMPTROLLER OF THE CURRENCY, <br><br> Defendants. | C.A. No. 1:18-CV-02449 (DLF) <br><br> **ORAL ARGUMENT REQUESTED** |

## PLAINTIFF'S ALTERNATIVE MOTION FOR LEAVE TO CONDUCT JURISDICTIONAL DISCOVERY

In the alternative to denying Defendants' Motion to Dismiss for Lack of Jurisdiction and For Failure to State a Claim (Doc. 12), the Conference of State Bank Supervisors ("CSBS") respectfully moves the Court for entry of an Order granting CSBS leave to conduct discovery limited to the issue of whether this Court has subject matter jurisdiction over this matter.

As detailed in the accompanying Memorandum of Points and Authorities, to the extent this Court finds jurisdiction lacking based on the pleadings, CSBS is entitled to discovery to resolve factual disputes concerning the status of Defendants' implementation of the Nonbank Charter Program that this litigation challenges, and thereby enable CSBS to establish standing and ripeness, which Defendants contest.

Pursuant to Local Civil Rule 7(m), Plaintiff's counsel has conferred with Defendants' counsel, who stated that they oppose this motion.

Wherefore, Plaintiff respectfully requests that this Court enter an Order granting CSBS leave to conduct discovery limited to the issue of the Court's subject matter jurisdiction over this matter.

Date: February 5, 2019

Respectfully submitted,

*/s/ Jennifer Ancona Semko*
Jennifer Ancona Semko (Bar No. 481119)
Steven M. Chasin (Bar No. 495853)
Graham Cronogue (Bar No. 104436)
BAKER & McKENZIE LLP
815 Connecticut Avenue NW
Washington, DC 20006
Tel: +1 202 835-4250
Fax: +1 202 416-7055
jennifer.semko@bakermckenzie.com
steven.chasin@bakermckenzie.com
graham.cronogue@bakermckenzie.com

John Gorman
Margaret Liu
Michael Townsley
CONFERENCE OF STATE BANK SUPERVISORS
1129 20th Street, NW
Washington, DC 20036
Tel: +1 202 296-2840
bgorman@csbs.org
mliu@csbs.org
mtownsley@csbs.org

## **CERTIFICATE OF SERVICE**

In accordance with LCvR 5.3, I hereby certify that on February 5, 2019, a true and correct copy of the foregoing was served on all counsel of record through the Court's CM/ECF system.

*/s/ Jennifer Ancona Semko*
Jennifer Ancona Semko
BAKER & McKENZIE LLP
815 Connecticut Avenue, N.W.
Washington, D.C., 20006
Tel: +1 202 835-4250
Fax: +1 202 416-7055
jennifer.semko@bakermckenzie.com


*Attorney for Plaintiff*
