UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONFERENCE OF STATE BANK SUPERVISORS,<br><br>*Plaintiff*,<br><br>v.<br><br>OFFICE OF THE COMPTROLLER OF THE CURRENCY, *et al.*,<br><br>*Defendants*. | No. 18-cv-2449 (DLF) |

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is

**ORDERED** that CSBS's Alternative Motion for Leave to Conduct Jurisdictional Discovery, Dkt. 16, is **DENIED**. It is further

**ORDERED** that the defendants' Motion to Dismiss, Dkt. 12, is **GRANTED**. Accordingly, this action is **DISMISSED WITHOUT PREJUDICE**.

The Clerk of Court is directed to close this case.

_____
DABNEY L. FRIEDRICH
United States District Judge

September 3, 2019